**Order filed November 4, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00476-CV
_____

**ROBERT HANSON AND ROBIN HANSON, Appellants**

**V.**

**ZHOUYUAN ZHANG, Appellee**

---

**On Appeal from the County Court at Law No. 4
Fort Bend County, Texas
Trial Court Cause No. 21-CCV-069420**

---

## ORDER

Appellants' brief was due October 15, 2021. No brief or motion to extend time has been filed. Unless appellants file a brief with this court on or before November 18, 2021, the court will dismiss the appeal for want of prosecution. See Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Zimmerer and Wilson.